KLESTADT WINTERS JURELLER
 SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
200 West 41st Street, 17th Floor
New York, New York 10036
Tel.: (212) 972-3000
Fax: (212) 972-2245

*Attorneys for the proposed Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :   Chapter 15
INCOME COLLECTING 1-3 MONTHS T-BILLS                        :
MUTUAL FUND,                                                :
                                                            :   Case No. 21-
            Debtor in a Foreign Proceeding.                 :
                                                            :
------------------------------------------------------------x

**INCOME COLLECTING 1-3 MONTHS T-BILLS**
**MUTUAL FUND (IN VOLUNTARY LIQUIDATION)**
**CORPORATE OWNERSHIP AND RELATED NOTICES PURSUANT TO**
**BANKRUPTCY PROCEDURE 1007(a)(4) AND 7007.1**

Russell S. Homer and Karen Scott (the "JVLs" or the "Foreign Representatives"), the Joint Voluntary Liquidators of Income Collecting 1-3 Months T-Bills Mutual Fund (In Voluntary Liquidation) (the "Fund" or the "Debtor"), respectfully submit the required statements and notice pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").  The Fund was incorporated as a Cayman Islands exempt limited company on February 6, 2017 (Registration No. 319456).   On June 22, 2021, the Fund was placed into voluntary liquidation (the "Voluntary Liquidation") pursuant to a written special resolution passed by the sole shareholder pursuant to Section 116(c) of the Cayman Islands Companies Act

1

(the "Shareholder Resolution").  On June 25, 2021, the JVLs commenced the Cayman Proceeding by filing the Liquidation Petition with the Grand Court of the Cayman Islands, Financial Services Division, under Cause No. FSD2021-0188. (the "Cayman Proceeding").

1. The corporate ownership of the Fund is currently unknown.   Upon information and belief, no publicly held company owns 10% or more of the stock of the Fund.

2. Names and addresses of all persons or bodies authorized to administer foreign proceedings of the Fund:

   Russell S. Homer
   Karen Scott
   c/o Chris Johnson Associates Ltd.
   P.O. Box 2499
   80 Shedden Road, Elizabethan Square
   George Town, Grand Cayman KY1-1104
   Cayman Islands

3. All parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the Petition.  *See Declaration of Russell S. Homer dated September 10, 2021, Schedule A.*

Dated: September 10, 2021
New York, New York

Respectfully,

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: /s/John E. Jureller, Jr.
    Tracy L. Klestadt
    John E. Jureller, Jr.
200 W 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Email: tklestadt@klestadt.com
       jjureller@klestadt.com

*Attorneys for the proposed Foreign Representatives*